908

No. 1396.  LOMBARDOZZI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 1401.  BAGEL BAKERS COUNCIL OF GREATER NEW YORK ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir.  Certiorari denied.

No. 1403.  STANLEY AIR TOOLS, A DIVISION OF STANLEY WORKS *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 1404.  NORIEGA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 1405.  LESLIE SALT CO. *v.* ALAMEDA CONSERVATION ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 1407.  DOYLE *v.* KOELBL ET AL.  C. A. 5th Cir. Certiorari denied.

No. 1408.  BOARD OF EDUCATION OF THE CITY OF CHICAGO *v.* KING ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 1410.  CERTAIN SPACE IN PROPERTY KNOWN AS CHIMES BUILDING ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 1411.  NATIONAL BANK OF ALBANY PARK IN CHICAGO, TRUSTEE, ET AL. *v.* CITY OF CHICAGO IN TRUST FOR USE OF SCHOOLS.  Sup. Ct. Ill.  Certiorari denied.

No. 1416.  CANEL LODGE No. 700, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* UNITED AIRCRAFT CORP.  C. A. 2d Cir.  Certiorari denied.